## Commonwealth *v.* Dwyer, Appellant.

Submitted September 11,

1968. *John E. O'Connor,* for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.